Glenn Steward
(Petitioner)

Robert Hernandez
(Respondent[s])

DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

'08 CV 0632 BTM CAB

I, Glenn Steward, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

FILED
APR - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. Are you presently employed?
   ☐ Yes  ☒ No
   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. N/A
   N/A
   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. 9/20/03  7.00 Hour

2254 ✓   1983 ____
FILING FEE PAID
Yes ____  No ✓
IFP MOTION FILED
Yes ✓  No ____
COPIES SENT TO
Court ✓  ProSe ____

2. Have you received, within the past twelve (12) months, any money from the following sources:
   (a) Business, profession or form of self-employment?   ☐ Yes  ☒ No
   (b) Rent payments, interest or dividends?              ☐ Yes  ☒ No
   (c) Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
   (d) Gifts or inheritances?                              ☐ Yes  ☒ No
   (e) Any other source?                                   ☐ Yes  ☒ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: N/A

3. Do you own any cash, or do you have money in a checking or savings account?
   (Include any funds in prison accounts)

   ☐ Yes  ☒ No
   If the answer is "yes", state the total value of the items owned: N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   (Exclude ordinary household furnishings and clothing)

   ☐ Yes  ☒ No
   If the answer is "yes", describe the property and state its approximate value: N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

CV-69 (07/02)                                                                                              PAGE 8 OF 9

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __N/A__

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on __3/27/08__
Date

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0__ on account to his credit at the __Richard J. Donovan Correctional Facility__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

Dated: __4/3/08__

_____
Authorized Officer of Institution

_____
Title of Officer

```
REPORT ID: TS3030  .701                              REPORT DATE: 04/01/08
                                                     PAGE NO:         1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: MAR. 01, 2008 THRU APR. 01, 2008

ACCOUNT NUMBER : V62765              BED/CELL NUMBER: F10400000000123U
ACCOUNT NAME   : STEWARD, GLENN LEE     ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                           TRUST ACCOUNT ACTIVITY


  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE      DESCRIPTION        COMMENT     HOLD AMOUNT
  ----------   ----   --------------------  ----------  -----------
  02/08/2008   H110   COPIES HOLD           4129/FEB08         1.50
  02/08/2008   H110   COPIES HOLD           4129/FEB08         1.50
  02/08/2008   H110   COPIES HOLD           4129/FEB08         0.90
  02/21/2008   H110   COPIES HOLD           4360/FEB08         3.50
  02/21/2008   H110   COPIES HOLD           4360/FEB08         0.70
  02/21/2008   H110   COPIES HOLD           4360/FEB08         1.70
  03/03/2008   H110   COPIES HOLD           4547/FEB08         1.10
  03/03/2008   H110   COPIES HOLD           4547/FEB08         0.80
  03/03/2008   H110   COPIES HOLD           4547/FEB08         0.80
  03/03/2008   H110   COPIES HOLD           4547/FEB08         1.90
  03/03/2008   H110   COPIES HOLD           4547/FEB08         1.70
  03/03/2008   H110   COPIES HOLD           4547/FEB08         0.70
  03/17/2008   H110   COPIES HOLD           4876/FEB08        30.00
  03/17/2008   H110   COPIES HOLD           4876/MAR08         4.55
  03/17/2008   H110   COPIES HOLD           4876/MAR08         0.40
  03/19/2008   H110   COPIES HOLD           4930/MAR08         1.10
  03/20/2008   H110   COPIES HOLD           5010/MAR08         2.35
  03/20/2008   H110   COPIES HOLD           5010/MAR08         0.40

                           TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL      TOTAL       CURRENT     HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS  WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
  ---------   ---------  -----------  ---------  ---------   -------------
     0.00        0.00       0.00         0.00      55.60          0.00

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                    -----------
                                                         55.60-
                                                    -----------
```